UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>          Plaintiff, )<br>v.           )<br>              )<br>Dennis Moore, )<br>              )<br>          Defendant. ) | Case No.  2:09-cr-66 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dennis Moore</u> Case <u>2:09-cr-66 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Unsecured bond in the amount of $50,000 to be coθsigned by defendant's wife, brother and aunt within 10 days and a secured bond in the amount of $250,000, secured by defendant's wife's IRA account, *also to be secured within 10 days.* Ⓦ

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Probation conditions/supervision; defendant's wife verbally agreed to forfeit her IRA account if defendant flees prior to the posting tithe secured and unsecured bond.</u>

Issued at <u>Sacramento, CA</u> on <u>2/24/09</u>    at  2:40 p.m.

By  /s/ Kimberly J. Mueller

Kimberly J. Mueller,
United States Magistrate Judge