FILED

AUG -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States District Court
Eastern District of California
Sacramento Division

| UNITED STATES OF AMERICA, | No. 2:09-cr-00066-GEB-1 |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] *DAD* ORDER ALLOWING SURETY ACCESS TO ACCOUNTS POSTED FOR APPEARANCE BOND FOR WITHDRAWAL *PURSUANT TO STIPULATION. DAD* |
| DENNIS AARON MOORE, | |
| Defendant. | |

[PROPOSED] *DAD* ORDER ALLOWING SURETY ACCESS TO
ACCOUNTS POSTED FOR APPEARANCE BOND FOR WITHDRAWAL

**IT IS HEREBY ORDERED** that the surety, KENDRA DENNAOUI, be allowed access to IRA account nos. #01426988745 and #01426988828, held by Foothill Securities, in order to withdraw up to $130,000.00.

**IT IS FURTHER ORDERED** that KENDRA DENNAOUI must not withdraw any amount that results in the combined total amount of both accounts to fall below $250,000.00.

All other Orders of pretrial release remain in effect.

**IT IS HEREBY ORDERED.**

DATED: 8/6/10

_Dale A. Drozd_
THE HONORABLE DALE A. DROZD
United States Magistrate Judge



**FILED**

AUG -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

United States District Court
Eastern District of California
Sacramento Division

| UNITED STATES OF AMERICA | No. 2:09-cr-00066-GEB-1 |
|---|---|
| *Plaintiff,* vs. | [PROPOSED] ORDER ALLOWING SURETY ACCESS TO ACCOUNTS POSTED FOR APPEARANCE BOND FOR WITHDRAWAL *PURSUANT TO STIPULATION.* DAD |
| DENNIS AARON MOORE, | |
| *Defendant.* | |

## [PROPOSED] ORDER ALLOWING SURETY ACCESS TO ACCOUNTS POSTED FOR APPEARANCE BOND FOR WITHDRAWAL

**IT IS HEREBY ORDERED** that the surety, KENDRA DENNAOUI, be allowed access to IRA account nos. #01426988745 and #01426988828, held by Foothill Securities, in order to withdraw up to $130,000.00.

**IT IS FURTHER ORDERED** that KENDRA DENNAOUI must not withdraw any amount that results in the combined total amount of both accounts to fall below $250,000.00.

All other Orders of pretrial release remain in effect.

**IT IS HEREBY ORDERED.**

DATED: 8/6/10

_____
THE HONORABLE DALE A. DROZD
United States Magistrate Judge