IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                    No. CR. S-09-0066 GEB

    vs.

DENNIS AARON MOORE,

    Defendant.                                ORDER

_____/

    **IT IS HEREBY ORDERED** that the surety, Kendra Dennaoui, be allowed access to IRA accounts 01426988745 and 01426988828, held by Foothill Securities, in order to withdraw up to $125,000.00.

    **IT IS FURTHER ORDERED** that Kendra Dennaoui must not withdraw any amount that results in the combined balance of both accounts to fall below $180,000.00.

    All other Orders of pretrial release remain in effect.

    So Ordered.

DATED: November 2, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE