ANNE C. BELES (Cal. Bar No. 200276)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorney for Defendant
DENNIS MOORE

United States District Court

Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-00066-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS HEARING ON |
| v. | ) | JUDGMENT AND SENTENCE |
| | ) | |
| DENNIS MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS HEARING ON JUDGMENT AND SENTENCE

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Dennis Moore and his attorney of record, that the status hearing on Judgment and Sentence for defendant Moore, currently set for Friday, November 9, 2012, be vacated and continued to Friday, December 14, 2012.


DATED: October 25, 2012              /s/ Anne C. Beles
                                     ANNE C. BELES
                                     Attorney for *DENNIS MOORE*

DATED: October 25, 2012              /s/ Anne C. Beles for
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

                                     BENJAMIN B. WAGNER
                                     United States Attorney

1  **IT IS SO ORDERED.**

2  **Date:**   10/30/2012

3  _____
   GARLAND E. BURRELL, JR.
4  Senior United States District Judge